IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| JOHN T. FURLOW, § § Plaintiffs, § § v. § § JOEL BAKER, in his Individual Capacity § and in his Official Capacity as Smith § County Judge; DENNIS MATTHEWS, in § his Individual Capacity and in his Official § Capacity as City of Tyler Detective; SMITH § COUNTY, TEXAS; CITY OF TYLER, § TEXAS, § § Defendants. § | NO. 6:18-CV-00127-RWS JDL |

ORDER

On this day, came on to be considered, Defendant Joel Baker's Unopposed Motion for Extension of Time to Answer in the above-styled and numbered cause. The Court finds Defendant's request for an additional twenty (20) days in which to file an answer reasonable.

Furthermore, Plaintiff's counsel is unopposed to Defendant Baker's requested extension and has agreed that Defendant may have until April 25, 2018 to file a responsive pleading to his Original Complaint.

Therefore, it is ORDERED, ADJUDGED, and DECREED that Defendant is hereby GRANTED an additional twenty (20) days to answer or otherwise respond, and that Defendant Baker's deadline for filing his answer is now April 25, 2018.

**So ORDERED and SIGNED this 4th day of April, 2018.**

*John D. Love*
JOHN D. LOVE
UNITED STATES MAGISTRATE JUDGE