# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | |
|---|---|
| **JOHN T FURLOW,** | § |
| | § |
| **Plaintiff,** | § CIVIL ACTION NO. 6:18-CV-00127-RWS |
| | § |
| v. | § |
| | § |
| **JOEL BAKER, DENNIS MATHEWS, SMITH COUNTY TEXAS, CITY OF TYLER, TEXAS,** | § |
| | § |
| **Defendants.** | |

## ORDER

Before the Court is Defendant Smith County of Texas's Motion to Dismiss (Doc. No. 14). On April 30, 2018, Plaintiff filed an amended complaint (Doc. No. 16). Accordingly, Defendant's Motion (Doc. No. 14) is **DENIED** as moot. Defendant shall timely respond to Plaintiff's amended complaint with any re-urged motion to dismiss directed at the allegations contained therein.

**So ORDERED and SIGNED this 2nd day of May, 2018.**

JOHN D. LOVE
UNITED STATES MAGISTRATE JUDGE