**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION**

| | | |
|---|---|---|
| **JOHN T FURLOW,** | § | |
| | § | |
| | § | CIVIL ACTION NO. 6:18-CV-00127-RWS |
| **Plaintiff,** | § | |
| | § | |
| v. | § | |
| | § | |
| **JOEL BAKER, DENNIS MATHEWS, SMITH COUNTY TEXAS, CITY OF TYLER, TEXAS,** | § § § | |
| | § | |
| **Defendants.** | | |

**ORDER**

On May 14, 2018, Defendants filed a motion to continue the scheduling conference in this case ("Motion"). (Doc. No. 22.) In the Certificate of Conference, Defendants' counsel indicated that "Jeff Baynham, the attorney for Plaintiff, did not respond to the inquiries for the purposes of the certificate of conference." *Id.* at 2. Accordingly, within **7 days** of the issuance of this Order, Plaintiff's counsel is ordered to notify the Court as to whether this motion is opposed. If Plaintiff's counsel does not timely respond to this Order, Defendants' Motion will be treated as unopposed.

**So ORDERED and SIGNED this 16th day of May, 2018.**

_____
JOHN D. LOVE
UNITED STATES MAGISTRATE JUDGE