UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| JOHN T. FURLOW,<br><br> Plaintiff,<br><br>v.<br><br>JOEL BAKER, in his Individual<br> Capacity and in his Official Capacity<br> as Smith County Judge,<br>DENNIS MATHEWS, in his Individual<br> Capacity and in his Official Capacity<br> as City of Tyler Detective,<br>SMITH COUNTY, TEXAS,<br>CITY OF TYLER, TEXAS,<br><br> Defendants. | Civil No. 6:18-cv-00127-RWS-JDL |

## ADVISTORY TO THE COURT

In compliance with the Court's May 16, 2018, Order (Dkt. 23), Plaintiff hereby advises the Court that he was, and is, **UNOPPOSED** to the city defendants' Motion to Continue (Dkt. 22) the Scheduling Conference.

Respectfully submitted this Thursday, May 17, 2018,

*/s/ Jeff Baynham, Jr.*
By: _____
**T.J. BAYNHAM, JR.**
SBN: 01943500

213 Bayhills Drive
Hideaway, TX 75771
(903) 574-0194
*email: baynhamj@aol.com*

**ATTORNEY FOR MR. JOHN T. FURLOW**

CERTIFICATE OF SERVICE

    I hereby certify that a true and correct copy of this pleading has been delivered in accordance with the Local Rules of the United States District Court for the Eastern District of Texas, via cm/ecf filing on this Thursday, May 17, 2018.

    */s/ Jeff Baynham, Jr.*
    Jeff Baynham, Jr.