IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| JOHN T. FURLOW | § | |
| *Plaintiff* | § | |
| | § | |
| v. | § | NO. 6:18cv00127-RWS-JDL |
| | § | JUDGE SCHROEDER |
| CITY OF TYLER, TEXAS, ET AL. | § | |
| *Defendants* | § | |

## ORDER GRANTING CONTINUANCE

IT IS ORDERED that the motion for continuance filed by Defendants, City of Tyler, Texas, and Detective Dennis Mathews, is hereby granted. The scheduling conference is hereby removed from the docket of June 8, 2018, and reset for June 27, 2018 at 10:00 a.m.

**So ORDERED and SIGNED this 18th day of May, 2018.**

JOHN D. LOVE
UNITED STATES MAGISTRATE JUDGE