IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| JOHN T. FURLOW | § | |
|    *Plaintiff* | § | |
| | § | |
| v. | § | NO. 6:18cv00127-RWS-JDL |
| | § | JUDGE SCHROEDER |
| CITY OF TYLER, TEXAS, ET AL. | § | |
|    *Defendants* | § | |

## JOINT NOTICE OF AGREED MEDIATOR

COMES NOW, Plaintiff, John T. Furlow, and Defendants, Joel Baker, Individually and in his Official Capacity as Smith County Judge; Dennis Mathews, Individually and in his Official Capacity as City of Tyler Detective; City of Tyler, Texas; and Smith County, Texas, hereby notify the Court that they have agreed to the following mediator: Hon. Judith K. Guthrie, P.O. Box 904, Tyler, Texas 75710, 903/530-3668, Judith_K_Guthrie@txed.uscourts.gov.

                                                Respectfully submitted,

                                                */s/ Jeff Baynham, Jr.*
By:_____
                                                T.J. BAYNHAM, JR.
                                                SBN: 01943500

213 Bayhills Drive
Hideaway, Texas 75771
(903) 574-0194
Email: baynhamj@aol.com

ATTORNEY FOR PLAINTIFF

*/s/ S. Cass Weiland*
S. Cass Weiland
State Bar No. 21081300
Robert A. Hawkins
State Bar No. 00796726
SQUIRE PATTON BOGGS LLP
2000 McKinney Ave., Suite 1700
Dallas, Texas 75201
(214) 758-1500
(214) 758-1550 (fax)
cass.weiland@squirepb.com
robert.hawkins@squirepb.com

ATTORNEYS FOR DEFENDANT, JOEL BAKER


*/s/ Thomas P. Brandt*
THOMAS P. BRANDT
State Bar No.02883500
tbrandt@fhmbk.com
JOHN F. ROHEM III
State Bar No.17157500
jroehm@fhmbk.com
FANNING HARPER MARTINSON
BRANDT & KUTCHIN
A Professional Corporation
Two Energy Square
4849 Greenville Ave., Suite 1300
Dallas, Texas 75206
(214) 369-1300 (office)
(214) 987-9649 (telecopier)

ATTORNEYS FOR DEFENDANT
SMITH COUNTY, TEXAS

M. KEITH DOLLAHITE, P.C.
5457 Donnybrook Avenue
Tyler, Texas 75703
(903) 581-2110
(903) 581-2113 (Facsimile)
keith@mkdlaw.us

By: */s/ Keith Dollahite*
_____
State Bar No. 05958550

ATTORNEY FOR DEFENDANTS, DENNIS MATHEWS, INDIVIDUALLY AND IN HIS OFFICIAL CAPACITY AS CITY OF TYLER DETECTIVE; CITY OF TYLER, TEXAS