IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| JOHN T. FURLOW | § | |
| *Plaintiff* | § | |
| | § | |
| v. | § | NO. 6:18cv00127-RWS-JDL |
| | § | JUDGE SCHROEDER |
| CITY OF TYLER, TEXAS, ET AL. | § | |
| *Defendants* | § | |

## **DEFENDANTS' NOTICE OF DISCLOSURE**

Defendants, the City of Tyler, Texas, and Detective Dennis Mathews, have provided their supplemental disclosure, pursuant to Fed. R. Civ. P. 26, Local Rule CV-26, and this Court's Discovery Order (Dkt. #38).

          Respectfully submitted,

          M. KEITH DOLLAHITE, P.C.
          5457 Donnybrook Avenue
          Tyler, Texas  75703
          (903) 581-2110
          (903) 581-2113  (Facsimile)
          keith@mkdlaw.us

              */s/ Keith Dollahite*
By:_____
          M. Keith Dollahite
          State Bar No. 05958550

          ATTORNEY FOR DEFENDANTS, CITY OF TYLER, TEXAS AND DETECTIVE D. MATHEWS

## CERTIFICATE OF SERVICE

      This document was filed and served electronically in compliance with Local Rule CV-5(a), on August 3, 2018.

                                */s/ Keith Dollahite*
                              _____