# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
### TYLER DIVISION

| | |
|---|---|
| **JOHN T. FURLOW,** § | |
| § | |
| Plaintiff, § | |
| § | |
| vs. § | Civil Action No. 6:18-cv-00127 |
| § | |
| **JOEL BAKER, in his Individual** § | |
| **Capacity and in his Official Capacity** § | |
| **as Smith County Judge,** § | |
| **DENNIS MATHEWS, in his** § | |
| **Individual Capacity and in his Official** § | |
| **Capacity as City of Tyler Detective,** § | |
| **SMITH COUNTY, TEXAS, and** § | |
| **CITY OF TYLER, TEXAS,** § | |
| § | |
| Defendants. § | |

## DEFENDANT SMITH COUNTY, TEXAS' NOTICE OF ADDITIONAL DISCLOSURES

Defendant Smith County, Texas, pursuant to the Court's Discovery Order, Doc. 38, has produced to the parties its Additional Disclosures on August 10, 2018.

Respectfully submitted,

/s/ John F. Roehm III
**THOMAS P. BRANDT**
State Bar No.02883500
tbrand@fhmbk.com
**JOHN F. ROEHM III**
State Bar No.17157500
jroehm@fhmbk.com
**FANNING HARPER MARTINSON**
**BRANDT & KUTCHIN**
A Professional Corporation
Two Energy Square
4849 Greenville Ave. Suite 1300
Dallas, Texas 75206
(214) 369-1300 (office)
(214) 987-9649 (telecopier)

**ATTORNEYS FOR DEFENDANT**

**SMITH COUNTY, TEXAS**

**CERTIFICATE OF SERVICE**

      This is to certify that the foregoing document was served on all counsels of record through the electronic case filing system (CM/ECF) for the U.S. District Court, Eastern District of Texas, on the 10th day of August, 2018.

/s/ John F. Roehm III
John F. Roehm III