IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| JOHN T. FURLOW, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | |
| | § | NO. 6:18-CV-00127-RWS JDL |
| JOEL BAKER, in his Individual Capacity | § | |
| and in his Official Capacity as Smith | § | |
| County Judge, | § | |
| DENNIS MATHEWS, in his Individual | § | |
| Capacity and in his Official Capacity as | § | |
| City of Tyler Detective, | § | |
| SMITH COUNTY, TEXAS, | § | |
| CITY OF TYLER, TEXAS, | § | |
| | § | |
| Defendants. | | |

**DEFENDANT JOEL BAKER'S NOTICE OF**
**<u>NO DISPUTES CONCERNING PRIVILEGED INFORMATION</u>**

Pursuant to this Court's Discovery Order, Dkt. 38, Defendant Joel Baker, hereby provides notice that, as of August 24, 2018, he has not withheld any documents under a claim of privilege. Because no documents have been withheld, Defendant Joel Baker has not prepared or provided a privilege log. Thus, "the parties have no disputes concerning privileged documents or information" withheld by Defendant Joel Baker. Dkt. 38 ¶ 5.

1

Respectfully submitted,

*/s/ S. Cass Weiland*
S. Cass Weiland
State Bar No. 21081300
Robert A. Hawkins
State Bar No. 00796726
Andrew D. Whalen
State Bar No. 24098604
SQUIRE PATTON BOGGS LLP
2000 McKinney Ave., Suite 1700
Dallas, Texas 75201
(214) 758-1500
(214) 758-1550 (fax)
cass.weiland@squirepb.com
robert.hawkins@squirepb.com
andrew.whalen@squirepb.com

ATTORNEYS FOR DEFENDANT JOEL BAKER

## CERTIFICATE OF SERVICE

I certify that on August 24, 2018, a true and correct copy of the foregoing was served on all counsel of record via the electronic case filing system (CM/ECF) for the U.S. District Court, Eastern District of Texas.

*/s/ S. Cass Weiland*
S. Cass Weiland