# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | |
|---|---|
| **JOHN T. FURLOW,** § | |
| § | |
| Plaintiff, § | |
| § | |
| vs. § | Civil Action No. 6:18-cv-00127 |
| § | |
| **JOEL BAKER, in his Individual** § | |
| **Capacity and in his Official Capacity** § | |
| **as Smith County Judge,** § | |
| **DENNIS MATHEWS, in his** § | |
| **Individual Capacity and in his Official** § | |
| **Capacity as City of Tyler Detective,** § | |
| **SMITH COUNTY, TEXAS, and** § | |
| **CITY OF TYLER, TEXAS,** § | |
| § | |
| Defendants. § | |

## DEFENDANT SMITH COUNTY, TEXAS' NOTICE OF NO DISPUTE CONCERNING PRIVILEGED DOCUMENTS OR INFORMATION

Comes Defendant Smith County, Texas, and pursuant to the Court's Discovery Order, Doc. 38, notifies the Court that Smith County has not withheld and/or refused to disclose any documents or information in this action under a claim of privilege.  As a result, Smith County has not prepared a privilege log.  Smith County has no dispute concerning privileged documents or information in this action.

Respectfully submitted,

/s/ John F. Roehm III
**THOMAS P. BRANDT**
State Bar No.02883500
tbrand@fhmbk.com
**JOHN F. ROEHM III**
State Bar No.17157500
jroehm@fhmbk.com
**FANNING HARPER MARTINSON**
**BRANDT & KUTCHIN**
A Professional Corporation

Two Energy Square
4849 Greenville Ave. Suite 1300
Dallas, Texas 75206
(214) 369-1300 (office)
(214) 987-9649 (telecopier)

**ATTORNEYS FOR DEFENDANT
SMITH COUNTY, TEXAS**

### CERTIFICATE OF SERVICE

This is to certify that the foregoing document was served on all counsels of record through the electronic case filing system (CM/ECF) for the U.S. District Court, Eastern District of Texas, on the 27th day of August, 2018.

/s/ John F. Roehm III
John F. Roehm III