IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| JOHN T. FURLOW | § | |
|    *Plaintiff* | § | |
| | § | |
| v. | § | NO. 6:18cv00127-RWS-JDL |
| | § | JUDGE SCHROEDER |
| CITY OF TYLER, TEXAS, ET AL. | § | |
|    *Defendants* | § | |

**NOTICE OF NO DISPUTE CONCERNING PRIVILEGED
DOCUMENTS OR INFORMATION OF DEFENDANT CITY OF TYLER, ET AL.**

Pursuant to this Court's Discovery Order (Dkt. #38), Defendants, City of Tyler, Texas, and Detective Dennis Mathews, notify the Court that Defendants have not withheld and/or refused to disclose any documents or information in this action under a claim of privilege. As a result, Defendants have not prepared a privilege log. Defendants have no dispute concerning privileged documents or information in this action.

                        Respectfully submitted,

                        M. KEITH DOLLAHITE, P.C.
                        5457 Donnybrook Avenue
                        Tyler, Texas 75703
                        (903) 581-2110
                        (903) 581-2113 (Facsimile)
                        keith@mkdlaw.us

                            */s/ Keith Dollahite*
By:_____
                        M. Keith Dollahite
                        State Bar No. 05958550

## **CERTIFICATE OF SERVICE**

The foregoing document was filed and served electronically in compliance with Local Rule CV-5(a) via the Court's CM/ECF system on August 29, 2018.

*/s/ Keith Dollahite*
_____