IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| JOHN T. FURLOW, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 6:18-CV-00127-RWS |
| | § | |
| JOEL BAKER, DENNIS MATHEWS, CITY OF TYLER, TEXAS, | § | |
| | § | |
| Defendants. | § | |

## ORDER ADOPTING REPORT AND RECOMMENDATION
## OF UNITED STATES MAGISTRATE JUDGE

The above entitled and numbered civil action was referred to United States Magistrate Judge John D. Love pursuant to 28 U.S.C. § 636. On April 11, 2019, the Magistrate Judge issued his Report and Recommendation (Docket No. 77), recommending that Defendants Detective Mathews and City of Tyler's Motion's (Docket Nos. 62, 65) be granted, Judge Baker's Motion (Doc. No. 67) be granted-in-part, and that this action be dismissed with prejudice. Docket No. 77 at 1–2. Plaintiff acknowledged receipt of the Report and Recommendation at least by April 17, 2019. *See* Docket No. 78. No objections to the Report and Recommendation have been submitted within the prescribed time period for such objections. Having reviewed the relevant documents, the Court agrees with the findings and determinations in the Report and Recommendation of the United States Magistrate Judge (Docket No. 77) and hereby **ADOPTS** them as the findings of this Court. It is therefore

**ORDERED** that Defendants Detective Mathews and City of Tyler's Motions (Docket Nos. 62, 65) are **GRANTED** and Judge Baker's Motion (Docket No. 67) is **GRANTED-IN-**

PART.[1]  It is further

ORDERED that this action be **DISMISSED WITH PREJUDICE**.

**So ORDERED and SIGNED this 3rd day of May, 2019.**

*Robert W Schroeder III*
ROBERT W. SCHROEDER III
UNITED STATES DISTRICT JUDGE

---

[1] Specifically, that Judge Baker's Motion for Summary Judgment is granted and Judge Baker's Motion for Judgment on the Pleadings is denied as moot.